**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VERA HARRIS-STEWART, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CGR SERVICES, INC., STEVEN J. FINK, )<br>STEVEN J. FINK & ASSOCIATES, P.C., )<br>)<br>Defendants. ) | No. 17-cv-04032<br><br>Judge Andrea R. Wood |

## ORDER

    Final Approval hearing held. Only counsel for Plaintiff and Defendant CGR Services, Inc. appeared. Defendants Steven J. Fink & Associates, P.C. and Steven J. Fink did not appear. For the reasons stated on the record, the Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Federal Rule of Civil Procedure 23(e). Accordingly, the Court approves the class action settlement subject to all parties completing their obligations under the settlement agreement. The Court understands that Defendants Steven J. Fink & Associates, P.C. and Steven J. Fink have not yet satisfied all of their obligations. Thus at this time the action is dismissed without prejudice. If necessary, the parties are granted leave to file a motion to enforce the settlement agreement as to Defendants Steven J. Fink & Associates, P.C. and Steven J. Fink by 7/31/2018. The Court will dismiss this case with prejudice upon submission of a stipulation of dismissal with prejudice indicating that those Defendants have performed. The parties shall submit a word version of their proposed Order Granting Final Approval of Class Settlement to the Court's Proposed Order emailbox at Proposed_Order_Wood@ilnd.uscourts.gov within 24 hours. Status hearing set for 7/31/2018 at 9:00 AM. Civil case terminated.

(0:20)

Date: June 28, 2018

                                                Andrea R. Wood
                                                United States District Judge